Caleb Marker (SBN 269721)
caleb.marker@zimmreed.com
Flinn T. Milligan (SBN 323042)
flinn.milligan@zimmreed.com
Hannah Brown (SBN 337592)
hannah.brown@zimmreed.com
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Tel (877) 500-8780; Fax (877) 500-8781

Ryan J. Ellersick (*pro hac vice* forthcoming)
ryan.ellersick@zimmreed.com
**ZIMMERMAN REED LLP**
14648 North Scottsdale Road, Suite 130
Scottsdale, AZ 85254
Telephone: (480) 348-6400

*Attorneys for Plaintiff and the Putative Classes*

Jonathan Gross (SBN 122010)
jgross@moundcotton.com
Lawrence Hecimovich (SBN 129688)
lhecimovich@moundcotton.com
**MOUND COTTON WOLLAN & GREENGRASS LLP**
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371

Barry Temkin (*pro hac vice* forthcoming)
btemkin@moundcotton.com
**MOUND COTTON WOLLAN & GREENGRASS LLP**
One New York Plaza, 44th Floor
New York, New York 10004
Telephone: 212-804-4221

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.H., *individually and on behalf of those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>DONE GLOBAL, INC.,<br><br>Defendant. | Case No.: 3:24-cv-03040-RFL<br><br>**STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING DEADLINES** |

Plaintiff M.H. (hereinafter, "Plaintiff") together with Defendant Done Global, Inc. ("Defendant" and collectively, the "Parties") by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-2 and 7-12, stipulate as follows:

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's Complaint on November 25, 2024;

WHEREAS, the Parties have conferred and agreed upon the following briefing schedule: Plaintiff will respond to Defendant's Motion to Dismiss no later than December 20, 2024 and Defendant will reply to Plaintiff's response no later than January 13, 2025;

THEREFORE, it is hereby stipulated and agreed between the Parties as represented by the undersigned attorneys that the deadline for Plaintiff to respond to Defendant's Motion to Dismiss is December 20, 2024 and Defendant's deadline to reply is January 13, 2025.

DATED: December 5, 2024

ZIMMERMAN REED, LLP

By: /s/ Hannah Brown
Hannah Brown
*Attorneys for Plaintiff and the Putative Classes*

DATED: December 5, 2024

MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/ Lawrence Hecimovich (with permission)
Lawrence Hecimovich
*Attorneys for Defendant*

**ATTESTATION REGARDING SIGNATURES**

I, Hannah Brown, am the ECF user whose credentials were utilized in the electronic filing of this document. In accordance with N.D. Cal. Civil Rule 5-1, I hereby attest that counsel for Defendant concurred in the filing of this document.

/s/ Hannah Brown
Hannah Brown

**ORDER**

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING,

**IT IS SO ORDERED.**

DATED: December 6, 2024

JUDGE OF THE UNITED STATES
DISTRICT COURT