Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371
Facsimile: (510) 900-9381

Attorneys for Defendant
DONE GLOBAL, INC.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONE GLOBAL, INC.,<br><br>Defendant. | Case No.: 3:24-cv-03040-RFL<br><br>**DEFENDANT DONE GLOBAL INC.'S AMENDED RULE 26(A)(1) INITIAL DISCLOSURES**<br><br>Judge: Hon. Rita F. Lin |

Pursuant to Fed. R. Civ. Proc. 26(a)(1), Defendant, by and through its attorneys, Mound Cotton Wollan & Greengrass LLP, hereby make the following disclosure:

**GENERAL STATEMENT**

These disclosures are made without waiver of and with preservation of the following:

1. All issues as to competency, relevance, materiality, privilege and admissibility of matters disclosed herein, and the subject matter thereof, as evidence for any purpose in any further proceedings in this action, including trial;

2. The right to object to any matters disclosed herein, or the subject matter thereof, on any grounds in any further proceedings in this action, including trial;

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

3. The right to object on any ground at any time to a demand or request for further disclosure of matters identified herein, including, but not limited to, requests for documents, interrogatories, requests for admission, depositions, or other discovery proceedings involving or relating to the subject matter of this controversy; and

4. The right, at any time, to revise, correct, add to, supplement, or clarify any of the disclosures contained herein.

5. In the event any matters are inadvertently disclosed by Done Global and otherwise fall within the attorney-client privilege, the work-product doctrine, and/or any other privilege or protective doctrine, Defendant shall not be deemed to have waived its privilege as to any such disclosure or the information contained therein, or the right to assert the attorney-client privilege, work-product doctrine, and/or other privilege or protective doctrine as to any matter that arises during the course of this litigation or any subsequent proceeding.

## INITIAL DISCLOSURES

Subject to the statement above, Defendant responds to the initial disclosure requirements of Federal Rule of Civil Procedure 26(a)(1) based on the information and documentation it has obtained to date.

Based on information now available, the following are the names of individuals likely to have discoverable information that Defendant may use to support its positions and corresponding descriptions of the nature of its anticipated testimony.

**Category 1(a)(i):**

Defendants reserve the right to call any or all of the following persons as witnesses at trial of the above-captioned matter:

| Name | Contact Information | Subject(s) of Potential Discoverable Information |
|---|---|---|
| Plaintiff M. H. and any witnesses disclosed by the plaintiff. | c/o Zimmerman Reed LLP<br><br>6420 Wilshire Blvd., Suite 1080, Los Angeles, CA 90048 | Plaintiff has knowledge of the allegations and claimed damages set forth in the Class Action Complaint. |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

| | | |
|---|---|---|
| Andrew Wei, Head of Marketing, Done Global | Defense Counsel | Information concerning Defendant's marketing and knowledge of the allegations and claims set forth in the Class Action Complaint. |
| Mike Xu, Done Engineering Dept. | Defense counsel | Done engineering and tech |
| Officers and employees of defendant Done Global | Defense counsel | To explain how Done does business, its relationship with Meta, Done's use of its webpage, and related issues |
| Officers, employees, agents, or representatives of Meta/Facebook yet to be identified | 1 Hacker Way<br>Menlo Park, CA 94025 | Information concerning the disclosure of Plaintiff's and class members' personally identifiable information and protected health information by Defendant through the installation and configuration of the tracking technologies as set forth in the Class Action Complaint. |
| Officers, employees, agents, or representatives of Google yet to be identified | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | Information concerning the disclosure of Plaintiff's and class members' personally identifiable information and protected health information by Defendant through the installation and configuration of the tracking technologies as set forth in the Class Action Complaint. |

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

| | | |
|---|---|---|
| Officers, employees, agents, or representatives of TikTok yet to be identified | Culver City, California, at 5800 Bristol Parkway | Information concerning the disclosure of Plaintiff's and class members' personally identifiable information and protected health information by Defendant through the installation and configuration of the tracking technologies as set forth in the Class Action Complaint. |

The above disclosures do not include expert witnesses, who will be identified at a later date, pursuant to F.R.C.P. 26(a)(2).

**Category 1(a)(ii):**

Defendant discloses the following category of documents:

Meta publications regarding the use and functionality of Meta Pixel.

Meta Business Tools Terms

**Category 1(a)(iii):**

Not Applicable to Defendant.

**Category 1(a)(iv):**

Defendant advises that its insurance policies do not provide coverage for the claims set forth in Plaintiff's Complaint.

Date: June 10, 2025

MOUND COTTON WOLLAN & GREENGRASS LLP

By *Barry Temkin*
Jonathan Gross
Lawrence Hecimovich
Barry Temkin
Attorneys for Defendant
DONE GLOBAL INC.