Jonathan Gross, State Bar No. 122010
jgross@moundcotton.com
Lawrence Hecimovich, State Bar No. 129688
lhecimovich@moundcotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1050
Emeryville, California 94608
Telephone: (510) 900-9371

Barry Temkin, *pro hac vice*
btemkin@mouncotton.com
MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza, 44th Floor
New York, New York 10004
Telephone: (212) 804-4200

Attorneys for Defendant
DONE GLOBAL, INC.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.H., individually, and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DONE GLOBAL, INC.,<br><br>Defendant. | Case No.: 3:24-cv-03040-RFL<br><br>**DEFENDANT'S ANSWER TO M.H. COMPLAINT** |

Defendant DONE GLOBAL, INC. ("Defendant" or "Done Global"), responds to the allegations in M.H.'s ("Plaintiff") Complaint for damages and injunctive relief as follows:

**INTRODUCTION**

1. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

2. Defendant admits that it is a telehealth and technology company that provides mental health and prescription treatment options for individuals with ADHD. Except as so

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

expressly admitted, Defendant denies each and every remaining fact alleged in this paragraph of Plaintiff's Complaint.

3. Defendant denies every fact alleged in this paragraph of Plaintiff's Complaint.

4. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complain for lack of information and belief.

5. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint for lack of information and belief.

6. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complain for lack of information and belief.

7. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint for lack of information and belief.

8. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

9. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

10. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

11. [Plaintiff Omitted this Paragraph]

12. [Plaintiff Omitted this Paragraph]

13. [Plaintiff Omitted this Paragraph]

14. [Plaintiff Omitted this Paragraph]

15. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

16. Defendant responds that this paragraph contains legal assertions and conclusions to

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

17. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

18. Defendant admits the allegations of this paragraph of Plaintiff's Complaint.

19. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent that any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

20. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

21. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

22. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

23. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

24. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

25. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

26. Defendant responds that this paragraph contains legal assertions and conclusions to

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

27. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

28. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

29. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

30. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

31. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

32. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

33. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

34. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

35. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

36. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

37. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

38. Defendant denies knowledge and information as to the allegations set forth in this

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

paragraph of Plaintiff's Complaint.

39. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

40. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

41. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

42. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

43. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

44. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

45. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

46. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

47. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

48. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

49. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

50. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

51. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

52. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

53. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

54. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

55. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

56. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

57. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

58. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

59. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

60. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

61. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

62. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

63. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

64. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

65. Defendant denies knowledge and information as to the allegations set forth in this

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

paragraph of Plaintiff's Complaint.

66. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

67. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

68. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

69. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

70. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

71. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

72. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

73. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

74. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

75. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

76. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

77. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

78. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

79. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

80. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

81. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

82. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

83. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

84. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

85. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

86. Defendant admits the allegations set forth in this Paragraph of Plaintiff's Complaint.

87. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

88. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

89. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

90. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

91. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

92. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

every fact alleged in this paragraph of Plaintiff's Complaint.

93. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

94. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

95. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

96. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

97. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

98. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

99. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

100. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

101. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

102. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

103. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

104. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

105. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

106. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

107. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

108. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

109. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

110. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

111. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

112. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

113. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

114. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

115. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

116. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

117. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

118. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

119. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

120. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

121. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

122. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

123. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

124. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

125. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

126. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

127. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

128. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

129. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

130. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

131. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

132. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

133. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

134. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

135. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

136. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

137. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

138. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

139. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

140. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

141. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

142. Defendant responds that this paragraph contains legal assertions and conclusions to

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

which no answer is required. .

143. Defendant admits that its principal place of business is in California. Except as so expressly admitted, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

144. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

145. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

146. Defendant denies each and every fact alleged in this Paragraph of Plaintiff's Complaint.

147. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

148. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

149. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

150. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

151. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

152. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

153. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

154. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

155. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

156. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

157. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

158. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

159. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

160. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

161. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

162. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

163. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

164. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

165. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

166. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

167. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

168. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

169. Defendant denies each of the allegations set forth in this paragraph of Plaintiff's Complaint.

170. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

171. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

172. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

173. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

174. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

175. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

176. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

every fact alleged in this paragraph of Plaintiff's Complaint.

177. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

178. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

179. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

180. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

181. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

182. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required. To the extent any response is necessary, Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

183. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

184. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

185. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

186. Defendant denies knowledge and information as to the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

187. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

188. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

189. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

190. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

191. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

192. Defendant denies each and every fact alleged in this paragraph of Plaintiff's Complaint.

193. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

194. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

195. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

196. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

197. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

198. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

199. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

200. Defendant responds that this paragraph contains legal assertions and conclusions to which no answer is required.

201. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

202. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

203. Defendant denies the allegations set forth in this paragraph of Plaintiff's Complaint.

**REQUEST FOR RELIEF**

Done Global responds to the Prayer for Relief as follows: Done Global denies that plaintiffs are entitled to relief against Done Global and requests that the Court dismiss all claims against Done Global with prejudice and order such further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Done Global Admits that Plaintiff purports to demand a jury trial of all issues so triable.

**AFFIRMATIVE DEFENSES**

Done Global has not completed its full investigation of the facts of this case, has not completed discovery in this matter, and has not completed its preparation for trial. The defenses asserted herein are based on Done Global's knowledge, information, and belief at this time. By asserting the defenses herein, Done Global does not knowingly and intentionally waive any applicable defenses and hereby expressly reserves the right to assert any additional defenses, cross-claims, and/or third-party claims as may be appropriate at a later time. Without assuming any burden of proof, persuasion, or production not otherwise legally assigned to it as to any element of plaintiffs' claims, Done Global asserts the following separate and additional defenses:

1. The Complaint and each of Plaintiff's allegations therein are subject to the parties' express mandatory arbitration agreement.

2. The Complaint fails to state a claim upon which relief can be granted.

3. The Complaint fails to plead each purported cause of action with sufficient particularity.

4. The Complaint fails to allege facts showing that Done Global's actions were a legal cause of Plaintiff and putative class members' alleged injuries.

5. The Complaint and the claims alleged therein are barred, in whole or in part, to the extent that any of Plaintiff and putative class members' claims are duplicative of other claims in the Complaint.

6. Plaintiff and putative class members lack standing to sue, including under Article III

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

of the United States Constitution.

7. Plaintiff and putative class members have suffered no cognizable injury.

8. Plaintiff and putative class members claims are barred, in whole or in part, because they cannot show Done Global had the requisite intent.

9. Plaintiff and putative class members' claims are barred, in whole or in part, because the Complaint is not appropriately brought as a class action lawsuit.

10. This case is improper for resolution on a class-wide basis because the putative class does not meet the requirements of Federal Rule of Civil Procedure 23. Plaintiff is not an adequate representative of any purported class; the purported class members' claims are not typical; common questions of law or fact affecting the individual members of the class do not predominate; a class action is neither manageable nor superior; and/or there is no ascertainable class with a community of interest.

11. Plaintiff and putative class members' claims are barred, in whole or in part, by the doctrines of laches, unclean hands, release, waiver, estoppel, and/or inequitable conduct.

12. Plaintiff and putative class members' claims are barred, in whole or in part, by one or more statutes of limitations under applicable law.

13. Plaintiff and putative class members have not alleged sufficient facts to support an award of punitive damages.

14. Plaintiff and putative class members' claims are barred to the extent they seek excessive statutory or punitive damages in violation of the Due Process Clause of the United States Constitution.

15. Plaintiff and putative class members' claims are barred, in whole or in part, because they seek to impose an excessive fine within the meaning of the Excessive Fines and Penalties Clause of the Eighth Amendment to the United States Constitution.

16. The right to relief on behalf of Plaintiff and putative class members is barred by the doctrine of unjust enrichment. Plaintiff and putative class members would be unjustly enriched if allowed to recover the relief claimed to be due.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

17. Plaintiff and putative class members' claims are barred, in whole or in part, because they were not damaged by any act or omission of Done Global, and have suffered no actual or legally cognizable damages. Further, any damages sought by Plaintiff and putative class members are speculative, uncertain, remote, and/or incapable of calculation and therefore not compensable.

18. The Complaint and the claims alleged therein are barred, in whole or in part, on the grounds that Plaintiff and putative class members seek to recover multiple times for the same alleged harm.

19. If Plaintiff and putative class members recover any damages, such award must be reduced by all damages attributable to Plaintiff and putative class members' failure to take appropriate action and mitigate damages prior to and subsequent to the institution of this action.

20. Plaintiff and putative class members' claims must be reduced, in whole or part, by an appropriate set off to the extent that Plaintiff or putative class members owe or have due any amounts to Defendant.

21. The imposition of aggregated, class-wide damages in this case would be excessive and violate Defendant's due process and other Constitutional rights.

22. If Plaintiff and putative class members have been damaged, which Done Global denies, such damages were caused by their own actions or the actions of a third party.

23. Any damage, loss, or liability sustained by Plaintiff and putative class members must be reduced, diminished, and/or barred in proportion to the wrongful conduct or persons or entities other than Done Global, under the principles of equitable allocation, recoupment, set-off, proportionate responsibility, and/or comparative fault.

24. If Plaintiff or putative class members recover from Done Global, it is entitled to contribution, set-off, and/or indemnification, either in whole or in part, from all persons or entities whose negligence or fault proximately caused or contributed to Plaintiffs' and putative class members' alleged damages.

25. Plaintiff and putative class members' claims are barred, in whole or in part, as a result of their contributory negligence in causing the harms, if any, they have allegedly suffered.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

26. If Plaintiff or putative class members have been damaged, which Done Global denies, the negligence or fault of Plaintiff, putative class members, or persons and/or entities for whose conduct Done Global is not legally responsible for constitutes the sole, intervening, and superseding cause of Plaintiff's and putative class members' alleged damages.

27. If Plaintiff or putative class members have been damaged, which Done Global denies, such damages were caused by unforeseeable, independent, intervening, and/or superseding events for which Done Global is not legally responsible.

28. Plaintiff and putative class members' claims are barred, in whole or in part, to the extent Plaintiff or putative class members have released, settled with, entered into an accord and satisfaction, or otherwise compromised their claims. Defendant is entitled to a set-off for the entire amount of proceeds Plaintiff or putative class members have or may recover from all other sources.

29. Plaintiff and putative class members' claims are barred, in whole or in part, because they have filed suit against the wrong party.

30. Plaintiff and putative class members' claims are barred, in whole or in part, because they have failed to join necessary and indispensable parties to this action.

31. Plaintiff and putative class members' claims are barred, in whole or in part, by agreements that they entered into with third parties and/or by their prior disclosure of information to third parties.

32. The information relating to Plaintiff and putative class members' web browsing that Done Global allegedly shared with third parties did not identify each individually and therefore any alleged violation of their privacy rights were caused by the actions of third parties.

33. Plaintiff and putative class members' claims are barred because they gave consent.

34. Plaintiff and putative class members' use and agreement to the terms of use of websites, social media platforms, and other services is conduct that created an implied license for the information sharing alleged in the Complaint.

35. Plaintiff and putative class members' claims are barred, in whole or in part, by their assumption of the risk.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

36. Plaintiff and putative class members' continued act of taking advantage of the benefits and services provided in website described in the Complaint after becoming aware of their claims constitute an implied release of those claims.

37. The Complaint and the claims alleged therein are barred, in whole or in part, on the grounds that Done Global reasonably relied on facts that may later prove to me false and/or made a bone fide error despite using reasonable procedures to avoid such error.

38. Plaintiff and putative class members' claims are preempted, in whole or in part, are barred as a result of HIPAA's prohibition of any private cause of action.

39. Plaintiff and putative class members' claims are barred, in whole or in part, to the extent that any alleged injury was voluntarily incurred for the purpose of manufacturing a legal claim.

40. The Complaint and the claims therein are barred, in whole or in part, because Plaintiff and putative class members do not maintain a legally protected privacy interest over any data alleged to have been impermissibly collected.

41. The Complaint and the claims alleged therein are barred, in whole or in part, because Plaintiff and putative class members have failed to allege that any purported intrusion into a legally protected privacy interest was sufficiently offensive to support a claim under either the California Constitution or California common law.

42. The Complaint and the claims alleged therein are barred, in whole or in part, because any alleged interceptions of communications, to the extent any interceptions occurred at all, were made in the ordinary course of business.

43. Plaintiff and putative class members' claims for equitable relief are barred because they have alleged an adequate remedy at law.

44. Plaintiff and putative class members' claims are barred, in whole or in part, because Done Global acted in good faith and in compliance with any applicable statutes or laws at all times.

45. Done Global asserts any defenses, claims, credits, offsets, or remedies under California law and reserves the right to amend its Answer to file such further pleadings as are necessary to preserve and assert such defenses, claims, credits, offsets, or remedies.

MOUND COTTON WOLLAN & GREENGRASS LLP
2200 POWELL STREET, SUITE 1050
EMERYVILLE, CALIFORNIA 94608
TELEPHONE: (510) 900-9371 FACSIMILE: (510) 900-9381

46. Done Global states that the lack of discovery and the aggregated nature of Plaintiff's claims, in particular with respect to absent putative class members, makes an analysis of all potential affirmative defenses that might be applicable to any given absent Class Member infeasible at this time. Defendant expressly reserves the right to assert additional affirmative defenses.

Date: July 17, 2025

MOUND COTTON WOLLAN & GREENGRASS LLP

By: /s/ Jonathan Gross
Jonathan Gross
Barry Temkin
Lawrence Hecimovich

Attorneys for Defendant
DONE GLOBAL, INC