**LATHAM & WATKINS LLP**
Melanie M. Blunschi (Bar No. 234264)
*melanie.blunschi@lw.com*
Francis J. Acott (Bar No. 331813)
*francis.acott@lw.com*
Catherine A. Rizzoni (Bar No. 322267)
*cat.rizzoni@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

*Attorneys for Third-Party Defendant Meta Platforms, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

M.H., individually, and on behalf of those similarly situated,

Plaintiff,

v.

DONE GLOBAL, INC.,

Defendant.

---

DONE GLOBAL, INC.,

Third-Party Plaintiff,

v.

META PLATFORMS INC.,

Third-Party Defendant.

Case No. 3:24-cv-03040-RFL

**DECLARATION OF MICHAEL P. DUFFEY IN SUPPORT OF THIRD-PARTY DEFENDANT META PLATFORMS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Date: May 12, 2026
Time: 10:00 a.m.
Court: Courtroom 15, 18th Floor
Hon. Rita F. Lin

I, Michael P. Duffey, declare as follows:

1. I am a Case Manager on the eDiscovery and Information Governance Legal team at Meta Platforms, Inc. ("Meta").

2. As part of my current role, I am regularly involved in assisting with the collection of documents, data, and information related to the services Meta provides, including Meta's Terms of Service, Commercial Terms, Business Tools Terms, and Platform Terms.

3. I have personal knowledge of the Terms of Service, the Commercial Terms, the Business Tools Terms, and Platform Terms and the general procedures by which Meta's users agree to these Terms. My knowledge is based on information I have learned in the course of my work, including through my review of Meta documents, my understanding of its systems, and my communications with others at Meta in the course of my employment. If called to testify about the facts set forth in this declaration, I could and would testify competently thereto.

4. I make this declaration in support of Meta's Motion to Compel Arbitration and Stay Proceedings of the claims brought by Third-Party Plaintiff Done Global, Inc. ("Done Global").

**A. Meta's Business Tools Terms**

5. The use of Meta's Business Tools, including the Meta Pixel and data shared through the Pixel, is governed by Meta's Business Tools Terms.[1] As reflected in the screenshot below, the current version of the Business Tools Terms state that "[w]hen you use any of the Meta Business Tools to send us or otherwise enable your collection of Business Tool Data …, these Business Tools Terms govern the use of the data[.]" Ex. 1 at 1. Businesses accept the Business Tools Terms by "using any of the Meta Business Tools[.]" Ex. 1 at 1.

**Meta Business Tools Terms**

When you use any of the **Meta Business Tools** to send us or otherwise enable your collection of Business Tool Data (as defined in Section 1 below), these Business Tools Terms govern the use of that data unless other product terms apply.

6. The Business Tools Terms define "Meta Business Tools" the first time that term appears by hyperlinking to a webpage titled "The Meta Business Tools,"[2] which expressly identifies the Meta Pixel as a Meta Business Tool. *Id.* As illustrated by the below screenshot, this

[1] The Meta Business Tools Terms are publicly available at https://www.facebook.com/legal/technology_terms.

[2] The Meta Business Tools, https://www.facebook.com/help/331509497253087 (last accessed Dec. 18, 2025).

webpage explicitly states that the "Business Tools include Meta Pixel." A true and correct screenshot of the current "The Meta Business Tools" webpage is excerpted below:

> **The Meta Business Tools** Copy link
>
> The Meta Business Tools are technologies offered by Meta Platforms, Inc. and Meta Platforms Ireland Limited that help website owners and publishers, app developers, and business partners, including advertisers and others, integrate and share data with Meta, understand and measure their products and services, and better reach and serve people who use or might be interested in their products and services.
>
> These Business Tools include Meta Pixel, the Conversions API, App Events via Facebook SDK, Offline Conversions, and App Events API.

7. Since November 2019,[3] the Business Tools Terms have either explicitly identified the Meta Pixel (formerly known as the Facebook Pixel) as a Business Tool, *see* Ex. 4 at 1; Ex. 5 at 1, or included a hyperlink to the "The Meta Business Tools" webpage discussed above that identified the Meta Pixel (or the Facebook Pixel) as a Business Tool, *see* Ex. 1 at 1; Ex. 2 at 1; Ex. 3 at 1.

8. True and accurate copies of the Business Tools Terms in effect since November 2019 are attached hereto as exhibits.

a. A true and correct copy of the version of the Business Tools Terms that have been in effect since November 3, 2025 is attached hereto as **Exhibit 1**.

b. A true and correct copy of the version of the Business Tools Terms that was in effect from April 25, 2023 to November 2, 2025 is attached hereto as **Exhibit 2**.

c. A true and correct copy of the version of the Business Tools Terms that was in effect from August 31, 2020 to April 24, 2023 is attached hereto as **Exhibit 3**.

d. A true and correct copy of the version of the Business Tools Terms that was in effect from December 26, 2019 to August 30, 2020 is attached hereto as **Exhibit 4**.

---

[3] Unless otherwise stated, this declaration focuses on the time period from November 2019 to the present because Meta's records indicate that Done Global started purchasing ads from Meta in November 2019, as stated below.

e. A true and correct copy of the version of the Business Tools Terms that was in effect from April 8, 2019 to December 25, 2019 is attached hereto as **Exhibit 5**.

**B. Meta's Commercial Terms**

9. Meta's Commercial Terms govern the use of Meta Products, including the Meta Pixel, for "commercial or business purposes."[4] As reflected in the screenshot below of the current Commercial Terms, the Commercial Terms state that "[b]usiness or commercial purposes include using ads, selling products, developing apps, managing a Page, managing a Group for business purposes, or using our measurement services regardless of the entity type." Ex. 6 at 1.

> **Meta Commercial Terms ("Commercial Terms")**
>
> These Commercial Terms apply to access or use of the **Meta Products** (or "**Products**"), for a business or commercial purpose (except where we state that separate terms, and not these Commercial Terms, apply to such access or use of a Facebook Product). Business or commercial purposes include using ads, selling products, developing apps, managing a Page, managing a Group for business purposes, or using our measurement services regardless of the entity type.

10. The phrase "**Meta Products**" is a bolded hyperlink that, when clicked, directs users to a webpage titled "What are the Meta Products."[5] *Id.* As illustrated by the below screenshot of the current "What are the Meta Products" webpage, the "**Meta Business Tools**" are listed as one of several Meta Products. The phrase "Meta Business Tools" is a bolded and underlined hyperlink that, when clicked, directs to the "The Meta Business Tools" webpage described above in paragraph 6. That webpage specifically identifies the Meta Pixel as stated above.

> **What are the Meta Products**
>
> Meta Products include:
>
> - Facebook
> - Messenger
> - Instagram, including apps, such as Edits, Threads and Boomerang
> - Meta Platforms Technologies Products such as Meta Horizon Worlds or Meta Quest
> - Meta Portal-branded devices
> - **AI at Meta**
> - Business products, such as ads, **Meta Business Tools** and Meta Business Suite

[4] Meta's Commercial Terms are publicly available at https://www.facebook.com/legal/commercial_terms.

[5] The "What are the Meta Products" webpage is publicly available at https://www.facebook.com/legal/meta-products.

11. Since November 2019, the Commercial Terms have included hyperlinks to webpages that defined the Meta Products as including the Meta Business Tools (previously the Facebook Business Tools) which identified the Meta Pixel (previously the Facebook Pixel), as a Meta Product. *See* Ex. 6 at 1; Ex. 7 at 1; Ex. 8 at 1; Ex. 9 at 1; Ex. 10 at 1.

12. Meta's Commercial Terms include an arbitration clause, which states: "You agree to arbitrate Commercial Claims between you and Meta Platforms, Inc." The phrase "Commercial Claim" is defined as "any claim, cause of action, or dispute that arises out of or relates to any access or use of the Meta Products for business or commercial purposes [] between you and Meta." Ex. 6 §§ 5.b-c. The Commercial Terms have included an arbitration clause since May 25, 2018. *See* Ex. 10 § 4.b.

13. The Commercial Terms also include a section titled "Updates," which states that "[w]e may need to update these Commercial Terms from time to time" and that "[b]y continuing any access or use of any Meta Products for business or commercial purposes after any notice of an update to these Commercial Terms, you agree to be bound by them." *Id.* § 6. The section further states that "[i]f you do not agree to the updated terms, please stop all access or use of our Products for business or commercial purposes." *Id.* All versions of the Commercial Terms in effect since May 25, 2018 have included this language, though "Meta Products" was referred to as "Facebook Products" prior to Meta changing its name from Facebook. *See* Ex. 6 § 6; Ex. 7 § 6; Ex. 8 § 6; Ex. 9 § 6; Ex. 10 § 5.

14. True and accurate copies of the Commercial Terms in effect since November 2019 are attached hereto as exhibits:

a. A true and correct copy of the version of the Commercial Terms that have been in effect since March 6, 2024 is attached hereto as **Exhibit 6**.

b. A true and correct copy of the version of the Commercial Terms that was in effect from January 4, 2022 to March 5, 2024 is attached hereto as **Exhibit 7**.

c. A true and correct copy of the version of the Commercial Terms that was in effect from September 27, 2021 to January 3, 2022 is attached hereto as **Exhibit 8**.

d. A true and correct copy of the version of the Commercial Terms that was in effect from August 31, 2020 to September 26, 2021 is attached hereto as **Exhibit 9**.

e. A true and correct copy of the version of the Commercial Terms that was in effect from May 25, 2018 to August 30, 2020 is attached hereto as **Exhibit 10**.

**C. Businesses Agree To The Commercial Terms When They Purchase Ads**

15. As set forth below, when users access Meta's Ads Manager website (a "self-serve" ads interface) and create an ad campaign, they are required to reaffirm agreement to the Terms of Service, including their obligation to comply with the Commercial Terms. This happens each time they submit an order for an advertisement.

16. As reflected in the following screenshot, which is a true and correct screenshot of the current version of Ads Manager, any user who submits an order for ads through Ads Manager encounters a screen on the webpage that requires the user to click a button labeled "Publish" before proceeding. Directly adjacent to this button is a statement that: "By clicking **Publish**, you acknowledge that your use of Meta's ad tools is subject to [the] Terms and Conditions."




17. When a user clicks the phrase "Terms and Conditions," they see a drop-down notification stating: "By clicking **Publish**, you acknowledge that your use of Meta's ad tools (or 'Self-Serve Ad Interfaces,' as defined in the Self-Serve Ads Terms) is subject to the Meta Terms of Service, the Self-Serve Ad Terms, and the Commercial Terms of Service." Each of the terms in blue font contains a hyperlink that, when clicked or pressed, directs users to the referenced terms or policies. This paragraph also includes a statement informing users that "if you reside in the US or your business is located in the US, the Commercial Terms of Service require the resolution of most disputes by binding arbitration on an individual basis." A screenshot of this current disclosure is below:

> By clicking **Publish**, you acknowledge that your use of Meta's ad tools (or "Self-Serve Ad Interfaces," as defined in the Self-Serve Ad Terms) is subject to the Meta Terms of Service, the Self-Serve Ad Terms, and the Commercial Terms of Service. Your use of the Meta for Developers Platform will be subject to the Platform Terms. Violation of the above Terms or any terms or policies referenced in the above Terms may result in a variety of consequences, including the cancellation of ads you have placed, suspension or termination of your ad account and forfeiture of unused Advertiser Balance, to the extent permitted by applicable law. If you reside in the US or your business is located in the US, the Commercial Terms of Service require the resolution of most disputes by binding arbitration on an individual basis.
>
> Show less
>
> Close Back Publish

18. Records maintained in the ordinary course of business show that between November 19, 2019 and March 25, 2024, Done Global placed advertising orders on Facebook. These orders were placed through Meta's Ads Manager website.

19. Any user who submitted an order for self-serve advertising through Ads Manager since November 2019 encountered similar screens that required assent to the Commercial Terms.

20. For example, between November 19, 2019 and March 2021, any user who placed an order for advertising on Ads Manager encountered a screen on the webpage that required the user to click a button labeled "Confirm" before proceeding. Directly underneath this button was a paragraph stating that by clicking the button, "you agree to the Facebook Terms of Service including your obligation to comply with . . . the Commercial Terms . . . ." The phrase "Commercial Terms" was in blue font and contained a hyperlink that, when clicked or pressed, directed the user to the copy of the Commercial Terms. A true and correct copy of this screen is excerpted below:

> Back Review Confirm
>
> By clicking "Confirm", you agree to the Facebook Terms of Service including your obligation to comply with the Self-Serve Ad Terms, the Commercial Terms, and the Facebook Advertising Policies. We do not use sensitive personal data for ad targeting. Topics you choose for targeting your ad don't reflect the personal beliefs, characteristics or values of users. Failure to comply with the Terms of Service, the Self-Serve Ad Terms, and the Advertising Policies, and the Commercial Terms (which, if you reside in the US or your business is located in the US, requires the resolution of most disputes by binding arbitration on an individual basis), may result in a variety of consequences, including the cancellation of ads you have placed and the termination of your account. Understand that if you are a resident of or have your principal place of business in the US or Canada, you are contracting solely with Facebook, Inc. Otherwise, you are contracting solely with Facebook Ireland, Ltd., except that advertisers in some countries may under certain circumstances contract directly with Facebook affiliate companies solely for purposes of ordering ads. If applicable to you, you can find special provisions applicable to your Orders from those affiliates here.

The paragraph directly below the button also included a statement informing users that the Commercial Terms, "if you reside in the US or your business is located in the US, require[] the resolution of most disputes by binding arbitration on an individual basis."

21. As another example, between March 2021 and October 2021, any user who submitted an order for self-serve advertising through Ads Manager encountered a similar screen on the webpage that required the users to click a button labeled "Publish" before proceedings.

Directly adjacent to this button was a statement that: "By clicking the 'Publish' button, you agree to Facebook's Terms and Advertising Guidelines." A true and correct copy of this screen is excerpted below:

22. When a user clicked the phrase "Terms and Advertising Guidelines," they saw a




drop-down notification stating: "By clicking 'Publish,' you agree to the Facebook Terms of Service including your obligation to comply with the Self-Serve Ad Terms, the Commercial Terms, and the Facebook Advertising Policies." A true and correct copy of this drop-down notification as of March 2021 is excerpted below. Each of the terms in blue font contained a hyperlink that, when clicked or pressed, directed users to the referenced terms or policies. The paragraph also included a statement informing users that the Commercial Terms, "if you reside in the US or your business is located in the US, require[] the resolution of most disputes by binding arbitration on an individual basis."




23. Purchasing ads from Meta requires a Facebook account. Signing up for Facebook requires agreeing to Meta's Terms of Service, which "govern [the] use of Meta . . . and the products, features, apps, services, technologies, and software" offered by Meta. Ex. 12 at 1.

24. The below screenshot shows the current webpage, which states: "By clicking Sign Up, you agree to our Terms . . . ."[6] The word "Terms" contained a hyperlink in blue type that,

---

[6] The current registration page is publicly available at https://www.facebook.com/reg/.

when clicked or pressed, directed users to a copy of the Terms of Service in effect on the date of registration. A similar sign-up screen has appeared since November 2019.




25. True and accurate copies of the Terms of Service in effect since November 2019 are attached hereto as exhibits:

a. A true and correct copy of the version of the Terms of Service that has been in effect since January 1, 2025 is attached hereto as **Exhibit 11**.

b. A true and correct copy of the version of the Terms of Service that was in effect from July 26, 2022 to December 31, 2024 is attached hereto as **Exhibit 12**.

c. A true and correct copy of the version of the Terms of Service that was in effect from January 4, 2022 to July 25, 2022 is attached hereto as **Exhibit 13.**

d. A true and correct copy of the version of the Terms of Service that was in effect from October 22, 2020 to January 3, 2022 is attached hereto as **Exhibit 14**.

e. A true and correct copy of the version of the Terms of Service that was in effect from October 1, 2020 to October 21, 2020 is attached hereto as **Exhibit 15**.

f. A true and correct copy of the version of the Terms of Service that was in effect from July 31, 2019 to September 30, 2020 is attached hereto as **Exhibit 16**.

26. Meta's Terms of Service incorporate the Commercial Terms.

27. Section 4 of the Terms of Service provides an explanation that "[s]ome of the Products [Facebook] offer[s] are also governed by supplemental terms," and that if a user "use[s] any of those Products, supplemental terms will be made available and will become part of

[Facebook's] agreement with you. For instance, if you access or use [Facebook's] Products for commercial or business purposes, such as buying ads, selling products, developing apps, [or] managing a group or Page for your business, . . . you must agree to our Commercial Terms." The phrase "Commercial Terms" is in blue text and hyperlinked such that, when clicked or pressed, it directs the user to a copy of Meta's Commercial Terms. Below is a screenshot of a portion of the Terms of Service that have been in effect since January 5, 2025. *See* Ex. 13.[7]

> **4.5 Miscellaneous**
>
> 1. **Supplemental Terms:** Some of the Products we offer are also governed by supplemental terms. If you use any of those Products, supplemental terms will be made available and will become part of our agreement with you. For instance, if you access or use our Products for commercial or business purposes, such as buying ads, selling products, developing apps, managing a group or Page for your business, or using our measurement services, you must agree to our **Commercial Terms**. If you post or share content containing music, you must comply with our **Music Guidelines**. If you use Avatars, then the **Avatar Terms** also apply. If you use our AI products and features, the **Meta AI Terms** also apply. To the extent any supplemental terms conflict with these Terms, the supplemental terms shall govern to the extent of the conflict.

28. Section 5 of the Terms of Service includes another reference and hyperlink to the "Commercial Terms," which are described as "apply[ing] if you also access or use our Products for any commercial or business purpose, including advertising, operating an app on our Platform, using our measurement services, managing a group or a Page for a business, or selling goods or services." The phrase "Commercial Terms" in this statement contains a hyperlink in blue text that, when clicked or pressed, directed users to a copy of Meta's Commercial Terms. Below is a screenshot of a portion of the Terms of Service that have been in effect since January 1, 2025. *See* Ex. 13.[8]

---

[7] The language about the applicability of the Commercial Terms is identical in the other versions of the Terms of Service during the Relevant Time Period. *See* Ex. 13 § 4.5.1; Ex. 14 § 4.5.2; Ex. 15 § 4.5.2; Ex. 16 § 4.5.2; Ex. 17 § 4.5.2; Ex. 18 § 4.5.2.

[8] The language is identical in the other versions of the Terms of Service during the Relevant Time Period. *See* Ex. 13 § 5; Ex. 14 § 5; Ex. 15 § 5; Ex. 16 § 5; Ex. 17 § 5; Ex. 18 § 5.

## 5. Other terms and policies that may apply to you

- **Community Standards**: These guidelines outline our standards regarding the content you post to Facebook and your activity on Facebook and other Meta Products.
- **Commercial Terms**: These terms apply if you also access or use our Products for any commercial or business purpose, including advertising, operating an app on our Platform, using our measurement services, managing a group or a Page for a business, or selling goods or services.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2025, at Redwood City, California.

Signed by:
By: Michael Duffey
F919BE5C73FA4E9...
Michael P. Duffey